# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TYLER J. GILMORE & MARGARET A. GILMORE  
2108 - 23RD STREET  
ROCKFORD, IL  61108  
SSN-xxx-xx-3367 & xxx-xx-9770

Case Number: 04-76361

Case filed on: 12/28/2004  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,570.21      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | TYLER J. GILMORE | 0.00 | 0.00 | 270.21 | 0.00 |
| 999 | TYLER J. GILMORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 270.21 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,200.00 | 2,200.00 | 2,200.00 | 492.08 |
| 002 | GMAC MORTGAGE | 3,142.22 | 3,142.22 | 3,142.22 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 450.00 | 450.00 | 450.00 | 100.51 |
|  | Total Secured | 5,792.22 | 5,792.22 | 5,792.22 | 592.59 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 2,834.93 | 2,834.93 | 6.14 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 178.91 | 178.91 | 0.39 | 0.00 |
| 004 | BOWMAN, HEINTZ, BOSCIA & VICIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANCHOR RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CARLSON ORTHOPEDIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMPREHENSIVE DIAGONEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GREGORY STEWART M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 787.30 | 787.30 | 1.70 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 521.58 | 521.58 | 1.13 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 7,445.66 | 7,445.66 | 16.12 | 0.00 |
| 015 | NICOR GAS | 676.90 | 676.90 | 1.47 | 0.00 |
| 016 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROYCE FINANCIAL | 560.00 | 560.00 | 1.21 | 0.00 |
| 025 | STCL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SBC MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,005.28 | 13,005.28 | 28.16 | 0.00 |
|  | Grand Total: | 20,161.50 | 20,161.50 | 7,454.59 | 592.59 |

Total Paid Claimant:      $8,047.18  
Trustee Allowance:         $523.03  
Percent Paid Unsecured:    0.22

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan